459 A.2d 39

Commonwealth v. Woods, Jr., Appellant.

Submitted December 14, 1982. Steven R. Geroff, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated October 2, 1981 is affirmed.

459 A.2d 39

Dauer, et al., Appellants v. Kenet, M.D.
Petition for Allowance of Appeal
Denied Sept. 29, 1983.

Argued October 18, 1982. Daniel S. Bernheim, for appellants; Robert J. Spiegel, for appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Order affirmed.